| | | |
|---|---|---|
| **IN RE JANE DOES CASES** § | | **MDL CIVIL COURT** |
| **MDL NO. 19-0991** § § § | | **HARRIS COUNTY, TEXAS** |

| | | |
|---|---|---|
| **Jane Doe (D.R.),** § | | |
|     **Plaintiffs,** § | | |
| v. § | | **CIVIL ACTION NO. 4:21-cv-02856** |
| **Salesforce.com, Inc. and** § | | |
| **Backpage.com, LLC** § | | |
|     **Defendants.** § | | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE

I, Mark A. Castillo, counsel for Backpage.com, LLC, hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:
   - **BACKPAGE.COM LLC**
   - **CARL FERRER**
   - **MICHAEL LACEY**
   - **JAMES LARKIN**
   - **IC HOLDINGS, LLC**
   - **DARTMOOR HOLDINGS, LLC**
   - **MARK A. CASTILLO**
   - **CURTIS | CASTILLO PC**
   - **FIBICH LEEBRON COPELAND BRIGGS**
   - **KENNETH T. FIBICH**
   - **SARA J. FENDIA**

    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

DATED this December 30, 2021.

/s/ Mark A. Castillo
Mark A. Castillo
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, TX 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
mcastillo@curtislaw.net
COUNSEL FOR DEFENDANT
BACKPAGE.COM, LLC