United States District Court
Southern District of Texas
**ENTERED**
February 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.B., *et al* | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:20-1254 |
| | § | |
| SALESFORCE.COM, INC. and | § | |
| BACKPAGE.COM, LLC | § | |

### ORDER OF DISMISSAL AS TO BACKPAGE.COM

In accordance with Plaintiff's Notice of Voluntary Dismissal filed on February 1, 2022 (Doc. No. 135), Defendant Backpage.com LLC is **DISMISSED** without prejudice pursuant to Rules 41(a)(1)(B), Federal Rules of Civil Procedure. Claims against Defendant Salesforce.com, Inc. remain pending.

SIGNED at Houston, Texas, this 10th day of February 2022.

---
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE