United States District Court
Southern District of Texas
**ENTERED**
November 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.B., an individual, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-01254 |
| SALESFORCE, INC., | § § | |
| *Defendant*. | § § § | |

### ORDER GRANTING DEFENDANT SALESFORCE, INC.'S UNOPPOSED EMERGENCY MOTION TO UNSEAL ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Salesforce filed an Unopposed Emergency Motion to Unseal this Court's Order Denying Salesforce's Motion for Summary Judgment on November 29, 2023. Having considered that Motion, along with the pertinent authorities and record, it is hereby ORDERED that Salesforce's motion is GRANTED.

Signed on this 29th day of November 2022.

Andrew S. Hanen
United States District Judge