United States District Court
Southern District of Texas
**ENTERED**
March 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A.B., *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-1254 |
| | § | |
| SALESFORCE, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The Court issues the following order to address the pending motions in this matter while the Court's summary judgment order (Doc. No. 207) is pending on appeal. Given that the case is on appeal, many pending motions are moot. Therefore, the Court hereby ORDERS:

- Plaintiffs' Motions to Modify Protective Order (Doc. Nos. 145, 146) are DENIED as moot.

- Plaintiffs' Motion to Challenge Confidentiality Designation (Doc. No. 155) is DENIED as moot.

- Defendant's Motion for Summary Judgment (Doc. No. 160) is DENIED pursuant to this Court's prior order (Doc. No. 207).

- Plaintiffs' Motion for Leave to File Motion (Doc. No. 182) is DENIED as moot.

- Plaintiffs' Amended Unopposed Motion for Leave to File Motion (Doc. No. 186) is GRANTED.

- Plaintiff's Unopposed Motion for Extension of Time (Doc. No. 196) is GRANTED.

- Plaintiff's Motion to Seal ECF 197 (Doc. No. 198) is GRANTED. It is therefore ordered that (Doc. No. 197) be sealed.

Signed this 13th day of March 2024.

Andrew S. Hanen
United States District Judge