United States Courts
Southern District of Texas
FILED
March 14, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

No. 23-20604

---

A. B.; R. J.; J. F.; P. P.; A. E.; Jane Doe,

*Plaintiffs—Appellees,*

versus

Salesforce, Incorporated,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1254
USDC No. 4:20-CV-1256
USDC No. 4:20-CV-1516
USDC No. 4:21-CV-2856

---

ORDER:

IT IS ORDERED that the joint motion to view and obtain sealed documents is GRANTED.

/s/ Dana M. Douglas
Dana M. Douglas
*United States Circuit Judge*

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 14, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 23-20604    A. B. v. Salesforce
                USDC No. 4:20-CV-1254
                USDC No. 4:20-CV-1256
                USDC No. 4:20-CV-1516
                USDC No. 4:21-CV-2856
```

The court has considered the motion of Salesforce, Incorporated, R. J., A. B., A. E., P. P., Jane Doe, J. F. to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Salesforce, Incorporated, R. J., A. B., A. E., P. P., Jane Doe, J. F. may obtain all ex parte documents *filed on behalf of* Salesforce, Incorporated, R. J., A. B., A. E., P. P., Jane Doe, J. F., and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca L. Leto, Deputy Clerk  
504-310-7703

Mr. Stephen J. Hammer  
Mr. Warren W. Harris  
Ms. Allyson Newton Ho  
Mr. Bradley G. Hubbard  
Ms. Kristin Andrea Linsley  
Mr. Nathan Ochsner  
Mr. Walter Allums Simons