United States Courts
Southern District of Texas
FILED
January 10, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

No. 23-20604

United States Court of Appeals
Fifth Circuit
**FILED**
December 19, 2024
Lyle W. Cayce
Clerk

A. B.; R. J.; J. F.; P. P.; A. E.; Jane Doe,

*Plaintiffs—Appellees,*

*versus*

Salesforce, Incorporated,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1254
USDC No. 4:20-CV-1256
USDC No. 4:20-CV-1516
USDC No. 4:21-CV-2856

Before Judge Willett, Judge Douglas, *Circuit Judges,* and Judge Morales, *District Judge.*[*]

---

[*] United States District Judge for the Southern District of Texas, sitting by designation.

No. 23-20604

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellat pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on **Jan 10, 2025**

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 10, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 23-20604   A. B. v. Salesforce
                          USDC No. 4:20-CV-1254
                          USDC No. 4:20-CV-1256
                          USDC No. 4:20-CV-1516
                          USDC No. 4:21-CV-2856

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Rebecca L. Leto, Deputy Clerk
                                      504-310-7703

cc:   Mr. Stephen J. Hammer
       Mr. Warren W. Harris
       Ms. Allyson Newton Ho
       Mr. Bradley G. Hubbard
       Ms. Kristin Andrea Linsley
       Mr. Walter Allums Simons